IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAWRENCE V. PINKERTON,

                Plaintiff,                                    ORDER

      v.                                                    12-cv-481-bbc

DEPUTY B. CRAIG and DANE COUNTY
MEDICAL STAFF,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In an order entered on November 5, 2012, I denied plaintiff Lawrence Pinkerton's request for leave to proceed in forma pauperis and dismissed his complaint for failure to comply with Fed. R. Civ. P. 8. I gave plaintiff until December 3, 2012 in which to submit a proposed amended complaint addressing the deficiencies explained in the November 5 order. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case for his failure to prosecute it. Plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       Accordingly, IT IS ORDERED that plaintiff Lawrence Pinkerton's case is dismissed with prejudice. The clerk of court is directed to enter judgment and close this case.

       Entered this 18th day of December, 2012.

                                                        BY THE COURT:
                                                        /s/
                                                        BARBARA B. CRABB
                                                        District Judge