IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE V. PINKERTON,

    Plaintiff,
                                                 JUDGMENT IN A CIVIL CASE

v.                                                       12-cv-481-bbc

DEPUTY B. CRAIG and
DANE COUNTY MEDICAL STAFF,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for failure to prosecute.

_____        12/19/12
Peter Oppeneer, Clerk of Court                      Date