IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAWRENCE V. PINKERTON,

    Plaintiff,

v.

DEPUTY B. CRAIG and
DANE COUNTY MEDICAL STAFF,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-481-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for failure to prosecute.

_____    _12/19/12_
Peter Oppeneer, Clerk of Court           Date